THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 25, 2020



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Christel Ninette Ahmad,            Case No. 20-21745-gmh
                                                                    Chapter 13

    Debtor.

**ORDER GRANTING DEBTOR'S MOTION FOR CONTINUATION OF STAY**

The debtor moved under 11 U.S.C. §362(c)(3)(B) for continuation of the automatic stay as to all creditors. The debtor's attorney filed an affidavit of service indicating that the motion and notice of the deadline to object to it were served on all parties in interest, and no one objected. Nevertheless, based on its review of the record, the court held a hearing on the motion. The debtor demonstrated, by affidavit and testimony, that the filing of this case is in good faith as to the creditors to be stayed.

Therefore, IT IS ORDERED that the debtor's motion is granted, and the automatic stay is extended as to all creditors, pursuant to 11 U.S.C. §362(c)(3)(B).

#####